# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN K., <br><br> Plaintiff, <br><br> v. <br><br> MARTIN O'MALLEY, Commissioner of Social Security, <br><br> Defendant. | Case No. CV 23-1767 AB (MRW) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The government did not file any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

1
2      IT IS ORDERED that Judgment be entered vacating the agency
3 decision and remanding the matter for further proceedings.
4
5
6 DATE: April 15, 2024     _____
7                             HON. ANDRE BIROTTE, JR.
                            UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28